IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEANETTE GARRETT,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION 08-0175-WS-M** |
| | ) |
| **CEONIA STANTON, JR.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, granting defendants' Motions for Summary Judgment (docs. 49, 51, 53), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 19th day of November, 2009.

                                                              s/ WILLIAM H. STEELE
                                                              UNITED STATES DISTRICT JUDGE